IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
|  | ) |  |
|  | ) |  |
|  | ) |  |
| v. | ) | Civil Action No. |
|  | ) |  |
|  | ) |  |

**SUPPLEMENTAL INFORMATION FOR PATENT CASES
INVOLVING AN ABBREVIATED NEW DRUG APPLICATION (ANDA)**

Plaintiff(s) hereby provide(s) the information below with respect to the deadlines set forth in 21 U.S.C. 355(j):

Date Patentee(s) Received Notice: _____

Date of Expiration of Patent: _____

Thirty Month Stay Deadline: _____

_____                                               _____
Date                                                                              Attorney(s) for Plaintiff

**APPENDIX TO SUPPLEMENTAL INFORMATION FOR PATENT CASES INVOLVING AN ABBREVIATED NEW DRUG APPLICATION (ANDA)**

**Date of Expiration**:  Plaintiffs assert two patents in this case.  U.S. Patent No. 10,603,290 expires August 2, 2037. U.S. Patent No. 10,452,815 expires June 29, 2038.

**Stay Deadline**:  The relevant deadline for this Abbreviated New Drug Application patent action is the seven-year, Orphan Drug Exclusivity under 21 C.F.R § 316.31, which expires **June 25, 2027**.  The Thirty Month Stay Deadline expires January 20, 2024.