IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ZOGENIX, INC. and ZOGENIX INTERNATIONAL LTD., <br><br> Plaintiffs, <br><br> v. <br><br> APOTEX INC. and APOTEX CORP., <br><br> Defendants. | C.A. No. 21-cv-1252 (RGA) <br> CONSOLIDATED |

**DEFENDANT APOTEX'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1(a), the undersigned counsel of record for Defendants Apotex Inc. and Apotex Corp. (collectively, "Apotex") certifies that the following have an interest in the outcome of this case:

Apotex Inc. is an Ontario corporation and is wholly owned by Apotex Pharmaceutical Holdings, Inc. (APHI). APHI is an Ontario Corporation. Apotex Corp. is a Delaware corporation and is wholly owned by Aposherm Delaware Holdings Corporation (ADHC). Apotex Inc., APHI, and ADHC are not publicly traded companies.

*/s/ Cortlan S. Hitch*
Kenneth L. Dorsney (#3726)
Cortlan S. Hitch
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
(302) 888-6800
kdorsney@morrisjames.com

*Attorneys for Defendants*
*Apotex Corp. and Apotex Inc.*