IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ZOGENIX, INC. and<br>ZOGENIX INTERNATIONAL LTD.,<br>Plaintiffs,<br><br>v.<br><br>APOTEX INC. and APOTEX CORP.,<br><br>Defendants. | Civil Action No. 21-1252-RGA<br>(Consolidated) |

## ORDER

For the reasons stated in the accompanying Memorandum,

- The Report & Recommendation (D.I. 154) is ADOPTED.

- Defendants' motion to dismiss Plaintiffs' induced infringement claims with respect to the '606 Patent (No. 22-1232-RGA, D.I. 14) is GRANTED. These claims are DISMISSED for failure to state a claim.

- Plaintiffs' request for leave to amend their complaint with respect to the '606 Patent (No. 22-1232-RGA, D.I. 27 at 20) is DENIED.

- Plaintiffs' motion for leave to amend their complaint with respect to the '441 and '442 Patents (D.I. 95) is DENIED.

IT IS SO ORDERED.

Entered this 8th day of September, 2023.

/s/ Richard G. Andrews
United States District Judge

1